

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00058-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.W., A CHILD | § | On Appeal from the 325th District Court |
| | § | |
| | | of Tarrant County (325-679062-20) |
| | § | |
| | | July 29, 2021 |
| | § | |
| | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the Subsection (R) finding as to Mother from the trial court's judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
     Chief Justice Bonnie Sudderth